IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**KIMBERLY NOEL TURNER**,

    Plaintiff,

  v.

**KILOLO KIJAKAZI,** Acting Commissioner of Social Security,

    Defendant.

Case No. 3:20-cv-1543-SI

**ORDER**

**Michael H. Simon, District Judge.**

    Based on applicable law and the stipulation of the parties, the Court GRANTS Plaintiff's Unopposed Motion for Attorney Fees, ECF 33. The Court awards attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $16,496. After deducting the $7,971.31 previously awarded and paid to Plaintiff's counsel under the Equal Access to Justice Act, Plaintiff's counsel is entitled to $8,524.69 in § 406(b) attorney's fees, less any applicable administrative assessment. Funds withheld by the Commissioner in anticipation of attorney's fees under § 406(b) shall be paid directly to Plaintiff's counsel by check made payable to Bruce Brewer and sent to him at PO Box 421, West Linn, OR 97068.

    **IT IS SO ORDERED**.

    DATED this 20th day of June, 2023.

                                              /s/ *Michael H. Simon*
                                              Michael H. Simon
                                              United States District Judge